Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| 615 SW AMBAUM CONDO ASSOCIATION,<br><br>              Plaintiff,<br><br>     v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>              Defendant. | NO. 2:23-cv-00571-JLR<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO STAY<br><br>NOTED ON MOTION CALENDAR: MAY 9, 2023 |

**STIPULATION**

Plaintiff 615 SW Ambaum Condo Association ("Ambaum") and Defendant Aspen Specialty Insurance Company ("Aspen"), stipulate and agree as follows:

1. Ambaum is the association of owners who own condominiums in a building located at 615 SW Ambaum Boulevard, Burien, King County, Washington ("Condo").

2. This is an insurance coverage lawsuit arising from a March 13, 2021 fire at the Condo.

3. Aspen provided property insurance coverage to Ambaum for the March 13, 2021 fire.

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO STAY - 1
NO. 2:23-CV-00571-JLR

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

4. Ambaum filed a Complaint in King County Superior Court against Aspen seeking additional payment under the Aspen policy resulting from the fire.

5. Aspen timely removed this lawsuit to federal court.

6. Ambaum filed suit solely to preserve its rights under the Aspen insurance policy, which contains a provision stating that suit must be filed within two years after the date of loss.

7. Ambaum filed suit before the repairs to the Condo were complete solely to avoid waiving rights against Aspen.

8. As a result, Ambaum's insurance claim remains pending and is still being adjusted, and this case is not ripe for final resolution.

9. Ambaum and Aspen ask the Court to stay this matter until November 30, 2023.

10. If the Court enters the requested stay, Ambaum and Aspen stipulate that they will not take any action related to this lawsuit without Court approval until November 30, 2023, at which time they will (1) advise the Court that this case is ripe for resolution and/or litigation or (2) request a continuance of the stay.

11. Either party may ask the Court to terminate this stay upon 30 days' written notice to the other party.

STIPULATED MOTION AND [PROPOSED] ORDER TO STAY - 2
NO. 2:23-CV-00571-JLR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 9th day of May, 2023.

        **GORDON TILDEN THOMAS & CORDELL LLP**
        Attorneys for Plaintiff

        By   s/
            Kasey D. Huebner, WSBA #32890
            600 University Street, Suite 2915
            Seattle, Washington 98101
            206.467.6477
            khuebner@gordontilden.com

DATED this 9th day of May, 2023.

        **PREG O'DONNELL & GILLETT PLLC**
        Attorneys for Defendant

        By   *s/ Justin E. Bolster*
            Justin E. Bolster, WSBA #38198
            901 Fifth Avenue, suite 3400
            Seattle, WA  98164
            206.287.1775
            Email: jbolster@pregodonnell.com

DATED this 9th day of May, 2023.

        **LOBMAN, CARNAHAN, BATT, ANGELLE & NADER**
        Attorneys for Defendant

        By   *s/ Charles R. Rumbley*
            Benjamin J. Russell, *Pro Hac Vice*
            Charles R. Rumbley, *Pro Hac Vice*
            James P. Nader, *Pro Hac Vice*
            500 Poydras Street, Suite 2300
            New Orleans, LA  70130
            504.586.9292
            Email: bjr@lcba-law.com;
            crr@lcba-law.com;
            jpn@lcba-law.com;

STIPULATED MOTION AND [PROPOSED] ORDER TO STAY - 3
NO. 2:23-CV-00571-JLR

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

# [~~PROPOSED~~] ORDER

This matter is stayed until November 30, 2023.  On or before November 30, 2023, the parties will (1) advise the Court that this case is ripe for resolution and/or litigation or (2) request a continuance of the stay for good cause.

Either party may ask the Court to terminate this stay upon 30 days' written notice to the other party.

DATED this __9th__ day of __May__, 2023.

_____
The Honorable James L. Robart
U.S. District Court Judge

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO STAY - 4
NO. 2:23-CV-00571-JLR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477