Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| 615 SW AMBAUM CONDO ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | NO.  2:23-cv-00571-JLR<br><br>STATUS REPORT AND SECOND STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO STAY<br><br>NOTED ON MOTION CALENDAR: NOVEMBER 30, 2023 |

**STIPULATION**

Plaintiff 615 SW Ambaum Condo Association ("Ambaum") and Defendant Aspen Specialty Insurance Company ("Aspen"), stipulate and agree as follows:

1. Ambaum is the association of owners who own condominiums in a building located at 615 SW Ambaum Boulevard, Burien, King County, Washington ("Condo").

2. This is an insurance coverage lawsuit arising from a March 13, 2021 fire at the Condo.

3. Aspen provided property insurance coverage to Ambaum for the March 13, 2021 fire.

STATUS REPORT AND SECOND STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO STAY- 1
NO. 2:23-CV-00571-JLR

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

4. Ambaum filed a Complaint in King County Superior Court against Aspen seeking additional payment under the Aspen policy resulting from the fire.

5. Aspen timely removed this lawsuit to federal court.

6. Ambaum filed suit solely to preserve its rights under the Aspen insurance policy, which contains a provision stating that suit must be filed within two years after the date of loss.

7. Ambaum filed suit before the repairs to the Condo were complete solely to avoid waiving rights against Aspen.

8. As a result, Ambaum's insurance claim remains pending and is still being adjusted, and this case is not ripe for final resolution.

9. Ambaum has not yet been able to move forward with sale or replacement of the property due to delays beyond its control caused by the death of one of the unit owners and a foreclosure related to another unit.

10. Ambaum's inability to move forward with sale or replacement of the property as described above has delayed the parties' ability to move forward with adjusting Ambaum's insurance claims.

11. Ambaum and Aspen ask the Court to stay this matter for an additional six months, until May 30, 2024, to allow Ambaum additional time to move forward with sale or replacement of the property.

12. If the Court enters the requested stay, Ambaum and Aspen stipulate that they will not take any action related to this lawsuit without Court approval until May 30, 2024, at which time they will (1) advise the Court that this case is ripe for resolution and/or litigation or (2) request a continuance of the stay.

STATUS REPORT AND SECOND STIPULATED MOTION
AND [PROPOSED] ORDER TO STAY- 2
NO. 2:23-CV-00571-JLR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

13. Either party may ask the Court to terminate this stay upon 30 days' written notice to the other party.

DATED this 30th day of November, 2023.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By   *s/ Kasey D. Huebner*
    Kasey D. Huebner, WSBA #32890
    600 University Street, Suite 2915
    Seattle, Washington 98101
    206.467.6477
    khuebner@gordontilden.com

DATED this 30th day of November, 2023.

**PREG O'DONNELL & GILLETT PLLC**
Attorneys for Defendant

By   *s/ Justin E. Bolster*
    Justin E. Bolster, WSBA #38198
    901 Fifth Avenue, suite 3400
    Seattle, WA  98164
    206.287.1775
    Email:  jbolster@pregodonnell.com

DATED this 30th day of November, 2023.

**LOBMAN, CARNAHAN, BATT, ANGELLE & NADER**
Attorneys for Defendant

By   *s/ Charles R. Rumbley*
    Benjamin J. Russell, *Pro Hac Vice*
    Charles R. Rumbley, *Pro Hac Vice*
    James P. Nader, *Pro Hac Vice*
    500 Poydras Street, Suite 2300
    New Orleans, LA  70130
    504.586.9292
    Email:  bjr@lcba-law.com;
    crr@lcba-law.com;
    jpn@lcba-law.com;

STATUS REPORT AND SECOND STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO STAY- 3
NO. 2:23-CV-00571-JLR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

**[~~PROPOSED~~] ORDER**

This matter is stayed until May 30, 2024. On or before May 30, 2024, the parties will (1) advise the Court that this case is ripe for resolution and/or litigation or (2) request a continuance of the stay for good cause.

Either party may ask the Court to terminate this stay upon 30 days' written notice to the other party.

DATED this 1st day of December, 2023.

_____
The Honorable James L. Robart
U.S. District Court Judge

STATUS REPORT AND SECOND STIPULATED MOTION
AND [~~PROPOSED~~] ORDER TO STAY- 4
NO. 2:23-CV-00571-JLR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477