Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| 615 SW AMBAUM CONDO ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | NO.  2:23-cv-00571-JLR<br><br>STATUS REPORT AND THIRD STIPULATED MOTION AND [PROPOSED] ORDER TO STAY<br><br>NOTED ON MOTION CALENDAR: MAY 10, 2024 |

**STIPULATION**

Plaintiff 615 SW Ambaum Condo Association ("Ambaum") and Defendant Aspen Specialty Insurance Company ("Aspen"), stipulate and agree as follows:

1. Ambaum is the association of owners who own condominiums in a building located at 615 SW Ambaum Boulevard, Burien, King County, Washington ("Condo").

2. This is an insurance coverage lawsuit arising from a March 13, 2021 fire at the Condo.

3. Aspen provided property insurance coverage to Ambaum for the March 13, 2021 fire.

STATUS REPORT AND THIRD STIPULATED MOTION AND [PROPOSED] ORDER TO STAY- 1
NO. 2:23-CV-00571-JLR

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

4. Ambaum filed a Complaint in King County Superior Court against Aspen seeking additional payment under the Aspen policy resulting from the fire.

5. Aspen timely removed this lawsuit to federal court.

6. Ambaum filed suit solely to preserve its rights under the Aspen insurance policy, which contains a provision stating that suit must be filed within two years after the date of loss.

7. Ambaum filed suit before the repairs to the Condo were complete solely to avoid waiving rights against Aspen.

8. As a result, Ambaum's insurance claim remains pending and is still being adjusted, and this case is not ripe for final resolution.

9. Ambaum still has not yet been able to move forward with sale or replacement of the property due to continued delays beyond its control caused by the death of one of the unit owners, foreclosure related to another unit, and the notice it must provide (and consent it must receive) from unit owners before making and acting on decisions related to the Condo.

10. Ambaum's inability to move forward with sale or replacement of the property as described above has delayed the parties' ability to move forward with adjusting Ambaum's insurance claims.

11. Ambaum and Aspen ask the Court to stay this matter for an additional nine months, until February 10, 2025, to allow Ambaum additional time to move forward with sale or replacement of the property.

12. If the Court enters the requested stay, Ambaum and Aspen stipulate that they will not take any action related to this lawsuit without Court approval until February 10, 2025,

STATUS REPORT AND THIRD STIPULATED
MOTION AND [PROPOSED] ORDER TO STAY- 2
NO. 2:23-CV-00571-JLR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

at which time they will (1) advise the Court that this case is ripe for resolution and/or litigation or (2) request a continuance of the stay.

13. Either party may ask the Court to terminate this stay upon 30 days' written notice to the other party.

DATED this 10th day of May, 2024.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By   *s/ Kasey D. Huebner*
　　Kasey D. Huebner, WSBA #32890
　　600 University Street, Suite 2915
　　Seattle, Washington 98101
　　206.467.6477
　　khuebner@gordontilden.com

DATED this 10th day of May, 2024.

**PREG O'DONNELL & GILLETT PLLC**
Attorneys for Defendant

By   *s/ Justin E. Bolster*
　　Justin E. Bolster, WSBA #38198
　　901 Fifth Avenue, suite 3400
　　Seattle, WA  98164
　　206.287.1775
　　Email:  jbolster@pregodonnell.com

STATUS REPORT AND THIRD STIPULATED MOTION AND [PROPOSED] ORDER TO STAY- 3
NO. 2:23-CV-00571-JLR

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 10th day of May, 2024.

**LOBMAN, CARNAHAN, BATT, ANGELLE & NADER**
Attorneys for Defendant

By   s/ *Charles R. Rumbley*
Benjamin J. Russell, *Pro Hac Vice*
Charles R. Rumbley, *Pro Hac Vice*
James P. Nader, *Pro Hac Vice*
500 Poydras Street, Suite 2300
New Orleans, LA  70130
504.586.9292
Email:  bjr@lcba-law.com;
crr@lcba-law.com;
jpn@lcba-law.com;

## [~~PROPOSED~~] ORDER

This matter is stayed until February 10, 2025.  On or before February 10, 2025, the parties will (1) advise the Court that this case is ripe for resolution and/or litigation or (2) request a continuance of the stay for good cause.

Either party may ask the Court to terminate this stay upon 30 days' written notice to the other party.

DATED this 10th day of May, 2024.

_____
The Honorable James L. Robart
U.S. District Court Judge

STATUS REPORT AND THIRD STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO STAY- 4
NO. 2:23-CV-00571-JLR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477