Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| 615 SW AMBAUM CONDO ASSOCIATION,<br><br>            Plaintiff,<br><br>    v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>            Defendant. | NO.  2:23-cv-00571-JLR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL<br><br>NOTED ON CALENDAR: SEPTEMBER 5, 2024 |

## STIPULATION

The undersigned parties stipulate that all claims that were or could have been asserted by the parties have been resolved and may be dismissed with prejudice and without an award of costs or fees to any party.

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL - 1
NO. 2:23-CV-00571-JLR

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 5th day of September, 2024.

        **GORDON TILDEN THOMAS & CORDELL LLP**
        Attorneys for Plaintiff

        By   *s/ Kasey D. Huebner*
            Kasey D. Huebner, WSBA #32890
            600 University Street, Suite 2915
            Seattle, Washington 98101
            206.467.6477
            khuebner@gordontilden.com

DATED this 5th day of September, 2024.

        **PREG O'DONNELL & GILLETT PLLC**
        Attorneys for Defendant

        By   *s/ Justin E. Bolster*
            Justin E. Bolster, WSBA #38198
            401 Union Street, Suite 1900
            Seattle, WA 98101
            206.287.1775
            Email: jbolster@pregodonnell.com

DATED this 5th day of September, 2024.

        **LOBMAN, CARNAHAN, BATT, ANGELLE & NADER**
        Attorneys for Defendant

        By   *s/ Charles R. Rumbley*
            Benjamin J. Russell, *Pro Hac Vice*
            Charles R. Rumbley, *Pro Hac Vice*
            James P. Nader, *Pro Hac Vice*
            500 Poydras Street, Suite 2300
            New Orleans, LA 70130
            504.586.9292
            Email: bjr@lcba-law.com;
            crr@lcba-law.com;
            jpn@lcba-law.com;

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL - 2
NO. 2:23-CV-00571-JLR

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

**[PROPOSED] ORDER**

Pursuant to the Stipulation for Dismissal signed by all counsel of record, IT IS HEREBY ORDERED that all claims that were or could have been asserted by the parties in this matter are DISMISSED WITH PREJUDICE, and each party shall bear its own costs and fees incurred.

DATED this 5th day of September, 2024.

_____
The Honorable James L. Robart
U.S. District Court Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 3
NO. 2:23-CV-00571-JLR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477